UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MALBERG,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA CORPORATION (1933), et al.,<br><br>    Defendants. | Case No. 22-cv-05245-HSG<br><br>**JUDGMENT** |

    Judgment is hereby entered consistent with the Court's Order Granting Motions to Dismiss,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 16th day of February, 2023.


Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.